UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Sept 6, 2012

------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

IRFAN KHAN

             Defendant

------------------------------------------------X

**ORDER**

**10-CR-1082**


Upon the application of defendant's counsel, Florian Miedel,


      IT IS HEREBY ORDERED, that counsel may submit interim vouchers pursuant to the

Criminal Justice Act in this case and that interim payments are hereby authorized.


DATED:    New York, New York


                    SO ORDERED:

                    THE HONORABLE THOMAS P. GRIESA
                    Senior United States District Court Judge
                    Southern District of New York